Chambers of
Howard F. Sachs
District Judge

Tele: (816) 512-5715
Fax: (816) 512-5728

October 18, 2004

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.W.
Washington, D.C. 20544

RE: Calendar Year 2003 filing

Dear Judge Lisi:

This is a letter response to your inquiry letter of August 2, 2004, and will serve as an amendment. I regret that your letter was either not received in chambers or was misplaced until a copy was supplied by Mr. Reynolds.

Rather than report as loans the various notices I have received and generally discard from the insurer John Hancock, I advise that I have a number of small policies that I was advised to "let go", by not paying premiums. Apparently the company has a practice of applying cash surrender value to pay premiums. Although the company may refer to this as a series of loans I now conclude I should not give them that classification. There are not personal obligations, have not been negotiated or approved by me, and I understand they are simply a stage in dispersing the cash surrender values. In the future I will not waffle and will simply ignore this category. Frankly I do not understand the advice I received from the insurance agent, but am following it.

On the items in my report listed as sales or other dispositions, which are again items over which I have no control, the reports I receive indicate I no longer have any Springfield Water Bonds, St. Louis County G.O. Bonds, or MBIA St. Louis Hospital Bonds. First Trust-Series 66 investments have apparently also been fully dispersed, so perhaps I overreported the information, if the report can be read as showing retentions in 2003. There were none at the end of the year.

As to the "Fanny Mae Notes", which I now think are "Freddy Mac"-- the listing is FHLMC which is gibberish to me — the cost and market value is $40,000, and I regret the valuation omission as well as the misnomer.

The Missouri Housing Development Bonds, referred to in 2002 redemptions and not listed in 2003, were no longer owned in 2003, and again seem to have been overreported in 2002.

There have been a series of partial redemptions, but apparently the 2002 transaction was a completion of redemptions.

Three copies of this letter are being supplied as requested. I understand it will be treated as an amendment to the report for 2003.



| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| Sachs, Howard F | Western District of Missouri | 05/07/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Distruct Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| --- | --- | --- |

| 7. Chambers or Office Address<br><br>7462 Whittaker Courthouse<br>400 E. 9th Street<br>KansaS City, Missouri 64106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
| --- | --- |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Co-trustee with ▆▆ | ▆▆▆▆▆ Revocable Trust created May 1997. Assets reported below |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED May 17 10 49 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V: GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | But life insurance loans are deductible from policy proceeds. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sachs, Howard F | 05/07/2004 |

## VII. INVESTMENTS and TRUSTS– income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income. assets. or transactions) | | | | | | | | | |
| 1. Commerce Bank - | A | Interest | J | T | | | | | |
| 2. United Missouri Bank - | A | Interest | K | T | | | | | |
| 3. First Trust - Ser 66 | | None | J | T | redeem | 7/02 | J | A | |
| 4. Israel Bonds | | None | J | T | | | | | |
| 5. St. Louis City School Bonds - | B | Interest | K | T | | | | | |
| 6. Spring Water Bonds - | | None | J | T | redeem | 7/07 | K | A | |
| 7. St. Louis Co. G.O. Bonds - | | None | J | | redeem | 2/03 | K | A | |
| 8. Sikeston Bonds - | B | Interest | K | T | | | | | |
| 9. MBIA St. Louis Hospital Bonds - | | None | J | T | redeem | 5/15 | K | A | |
| 10. St. Charles Schools - | C | Interest | L | T | | | | | |
| 11. Moberly Bonds - | C | Interest | L | T | | | | | |
| 12. Commerce Bond Fund | D | Interest | M | T | | | | | |
| 13. Commerce Asset Alloc. Fund | A | Interest | L | T | | | | | |
| 14. Centennial Money Market Trust - | A | Interest | L | T | | | | | |
| 15. Nuveen Mo Bonds - | D | Interest | N | T | | | | | |
| 16. Commerce MO Bonds - | D | Interest | M | T | | | | | |
| 17. Chesterfield MO AmBac Bonds - | C | Interest | L | T | | | | | |
| 18. St. Louis Board of Education Bonds - | B | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000.001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sachs, Howard F | 05/07/2004 |

## VII. INVESTMENTS and TRUSTS– income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Empire District Electric Co. | B | Dividend | K | T | | | | | |
| 20. Allied Cap. Corp. | B | Dividend | K | T | Buy | 2/25 | K | | |
| 21. Amer. Cap. Strat. | B | Dividend | K | T | Buy | 7/29 | K | | |
| 22. Fanny Mae Notes | | None | | | Buy | 10/16 | K | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

# IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                    Date ___May 10, 2005___

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544